## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **SARAH S. HORTON** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION NO. 14-396-KD-B** |
| **MOBILE COUNTY BOARD OF** | ) | |
| **SCHOOL COMMISSIONERS** | ) | |
| **Defendant.** | ) | |

## JUDGMENT

In accordance with the Order issued on this date regarding Defendant's Motion for Summary Judgment, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant Mobile County Board of School Commissioners and against Plaintiff Sarah Horton.

**DONE** and **ORDERED** this **30th** day of **October 2015**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**